■ PEOPLE v SHARON THIBODEAU, Defendant. [632 NYS2d 991] —Motion for change of venue denied. Memorandum: On this application seeking a change of venue, we conclude that defendant has not met her burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Oswego County (CPL 230.20 [2]). If it develops during voir dire that a fair and impartial jury cannot be drawn, an appropriate application may be made at that time. The relief requested in the application seeking a change of venue presently before us is premature (see, People v Scott, 197 AD2d 936; see also, People v DiPiazza, 24 NY2d 342). Present—Green, P. J., Fallon, Wesley, Doerr and Davis, JJ. (Filed Aug. 31, 1995.)

■ In the Matter of MARK B. PANGBURN, Appellant, v THOMAS E. MORAN, as District Attorney of Livingston County, Respondent. [632 NYS2d 991] —Motion to amend complaint denied. Memorandum: A motion to amend pleadings should be addressed to the trial court. Present—Pine, J. P., Fallon, Doerr, Balio and Boehm, JJ.

■ CHARLES FLICK, Respondent, v EASTMAN KODAK CO., INC., Defendant and Third-Party Plaintiff-Respondent. MONROE PIPING & SHEET METAL, INC., Third-Party Defendant and Fourth-Party Plaintiff-Respondent. FRONTIER INSULATION/ROCHESTER, INC., Fourth-Party Defendant-Appellant. [632 NYS2d 53] —Motion to dismiss appeal denied. Memorandum: An appeal must be taken within 30 days of service of the order to be appealed with notice of entry thereon (CPLR 5513 [a]). Frontier Insulation/Rochester, Inc., has never been served with a copy of the order dated May 31, 1994, with notice of entry, and, therefore, its time to appeal has not yet begun to run. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.

■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Appellant, v TOWN OF TONAWANDA ASSESSOR et al., Respondents. [632 NYS2d 53] —Motion to vacate dismissal of appeal denied. Memorandum: No appeal lies from a vacated judgment or order (see, 10 Carmody-Wait 2d, NY Prac § 70:31, at 50-51). Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.